UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE MARSH on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) |
| UNITED MOTORS LTD. d/b/a LIBERTY AUTO PLAZA, | ) ) ) |
| Defendant. | ) ) |

Case No.: 18-cv-08330

Honorable Andrea R. Wood

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND FOR APPROVAL OF <u>SERVICE AWARDS AND ATTORNEYS' FEES AND COSTS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Settlement, for Appointment of Settlement Administrator, and For Approval of Service Awards and Attorneys' Fees and Costs and the supporting exhibits, including the Joint Stipulation of Settlement and the Declaration of Maureen A. Salas. Plaintiff respectfully requests that the Court enter an Order:

(1) approving the Settlement set forth in the Joint Stipulation of Settlement and incorporating the terms of the Joint Stipulation of Settlement;

(2) approving a Service Award to Named Plaintiff Lee Marsh in an amount not to exceed Five Thousand Dollars ($5,000.00);

(3) approving Plaintiff's request for $66,500.00 in attorneys' fees and reimbursement of $603.86 in litigation expenses;

(4) appointing Analytics Consulting, LLC as the Settlement Administrator; and

(5) dismissing this action without prejudice, and providing that if no motion is filed on or before thirty (30) days after Defendant has fully funded the Settlement Account and has paid the costs of settlement administration to the Settlement

2

        Administrator, the dismissal without prejudice, without further order of the Court.

Dated: October 11, 2019                       Respectfully submitted,

                                                  /s/Maureen A. Salas
                                                  One of the Attorneys for Plaintiff

Douglas M. Werman (dwerman@flsalaw.com)
Sarah J. Arendt (sarendt@flsalaw.com)
Maureen A. Salas (msalas@flsalaw.com)
**WERMAN SALAS P.C.**
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

*Attorneys for Plaintiff*